**Cite as:  Opinion No. 96-011 (February 29, 1996)**
**(unpublished)**

**OPEN MEETINGS ACT – "PUBLIC BODY" – MARYLAND SCHOOL**
**FOR THE BLIND NOT SUBJECT TO THE ACT**

February 29, 1996

*The Honorable John J. Hafer*
*State Senate*

You have requested our opinion whether the Maryland School for the Blind is subject to the State's Open Meetings Act.

In a recent letter of advice, a copy of which is attached, Assistant Attorney General Robert A. Zarnoch concluded that the Maryland School for the Blind is a private entity and not a "public body" subject to the Open Meetings Act.  In his letter, Mr. Zarnoch laid proper emphasis on the historical circumstances in which the School's statutory charter was issued, the absence of government involvement in the School's management, and the official recognition accorded the School's private character.

We have carefully reviewed the matter and agree with Mr. Zarnoch's analysis and conclusion.

J. Joseph Curran, Jr.
*Attorney General*

Jack Schwartz
*Chief Counsel*
*Opinions & Advice*

**Letter to Senator John J. Hafer from Assistant Attorney General Robert A. Zarnoch.**